IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **WENDY M. GARCIA,** | § § § | |
| *Plaintiff*, | § § § | |
| vs. | § § § | CIVIL ACTION NO. 4:20-cv-02004 |
| **PHH MORTGAGE CORPORATION,** | § § § | |
| *Defendant*. | § | |

## NOTICE OF APPEARANCE

Please take notice that Jennifer Juergens is entering an appearance in the above-styled and numbered cause on behalf of Defendant PHH Mortgage Corporation ("Defendant"):

> Jennifer Juergens
>   State Bar No. 24101983
>   S.D. Bar No. 2996936
>   Jennifer.juergens@lockelord.com
> **LOCKE LORD LLP**
> 600 Travis Street, Suite 2800
> Houston, Texas 77002
> Telephone:  (713) 226-1200
> Telecopier: (713) 229-2578

Please provide Jennifer Juergens with copies of all correspondence, pleadings, and other documents in this case.

        Respectfully submitted,

*/s/ Jennifer Juergens*
**Robert T. Mowrey (Attorney-in-Charge)**
  State Bar No. 14607500
  S.D. Tex. Bar No. 9529
  rmowrey@lockelord.com
**Arthur E. Anthony**
  State Bar No. 24001661
  S.D. Bar No. 27943
  aanthony@lockelord.com
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000
(214) 740-8800 (Facsimile)

**Jennifer Juergens**
  State Bar No. 24101983
  S.D. Bar No. 2996936
  Jennifer.juergens@lockelord.com
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone:  (713) 226-1200
Telecopier: (713) 229-2578

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served on the following via the Court's CM/ECF system on this 11th day of August 2021:

Nicholas Martinez
The Weschler Martinez Law Firm
1111 North Loop West, Suite 702
Houston, Texas 77008
*Counsel for Plaintiff*

                                        */s/  Jennifer Juergens*
                                        Jennifer Juergens