Case 4:20-cv-02004   Document 22   Filed on 10/26/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 26, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **WENDY M. GARCIA,** § § | |
| *Plaintiff*, § § § | |
| vs. § | **CIVIL ACTION NO. 4:20-cv-02004** |
| § | |
| **PHH MORTGAGE CORPORATION,** § § | |
| *Defendant.* § | |

### FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Agreed Order of Dismissal, it is

**ORDERED**, **ADJUDGED, AND DECREED** that all claims Plaintiff Wendy M. Garcia ("Plaintiff") asserted, or could have asserted, against Defendant PHH Mortgage Corporation ("Defendant") in this lawsuit are hereby **DISMISSED WITH PREJUDICE**; it is further

**ORDERED**, **ADJUDGED, AND DECREED** that all costs, expenses, and attorney fees are taxed against the party incurring same; and it is further

**ORDERED**, **ADJUDGED, AND DECREED** that this is a **FINAL JUDGMENT** as to all claims that the Parties asserted, or could have asserted, against each other in this lawsuit.

All relief not previously granted is hereby **DENIED**.

**SO ORDERED**.

Signed this 26th day of October, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

97065076v.1